## Commonwealth ex rel. Hawryliak, Appellant, *v.* Maroney.

Submitted March 22, 1962. Before BELL, C. J., MUS-MANNO, JONES, COHEN, BOK, EAGEN and O'BRIEN, JJ.

*John Hawryliak,* appellant, in propria persona.

*Donald D. Doerr,* District Attorney, for appellee.

OPINION PER CURIAM, April 17, 1962:
The order of the Court below is affirmed.